# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BENJAMIN CHILDRESS, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-01453 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| JUSTIN HUDNALL, et al., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 16, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #33) that Plaintiff Benjamin Childress's Motion to Remand (Dkt. #22) be denied and Defendant Justin Hudnall's Motion to Quash (Dkt. #28) be denied in part.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Childress's Motion to Remand (Dkt. #22) is hereby **DENIED** and Defendant Hudnall's Motion to Quash (Dkt. #28) is hereby **DENIED** to the extent it requests dismissal.

 **IT IS SO ORDERED.**

 **SIGNED this 8th day of May, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE